**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:
Jennifer Hefley                                                    )
xxx–xx–0354                                                   ) Case No.: 15–47146 – A399
                                                                         )
                                                                         ) Chapter: 13
         Debtor(s)                                               )


### ORDER TO TERMINATE WAGE WITHHOLDING BY EMPLOYER

The Court having previously issued its Order directing payroll withholding in this case for Jennifer Hefley, and directing payment of the same to the Chapter 13 Trustee, and upon the Debtor's Motion with good cause having been shown for termination of that Order, it is hereby

**ORDERED** that the Motion is **GRANTED**; that no further deductions be made from payments due to the Debtor, Jennifer Hefley by the Debtor's employer, and that the employer shall pay to the Debtor any funds that it is currently holding and that are due the Debtor.

                                                                                    /s/ Barry S Schermer
                                                                                    U. S. Bankruptcy Judge

Dated: 10/20/15
St. Louis, MO
Rev. 01/15 termwgo


Reported Alias Information:
  Jennifer Hefley –
   –

Copies Sent To:
  Trustee
  Debtor(s)
  Debtor's Attorney
  Employer